No. 6343.   HARRIS *v.* TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 6353.   BUJESE *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 6366.   BUTLER *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 6373.   GRUCA *v.* SECRETARY OF THE ARMY.   C. A. D. C. Cir.   Certiorari denied.

No. 6411.   HOSMER *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 6419.   STEAD *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 6423.   MONTEIRO *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 6432.   DEPUGH *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 6434.   LOWERY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 6439.   BATTAGLIA *v.* CIVIL SERVICE COMMISSION. Sup. Ct. App. Va.   Certiorari denied.

No. 6441.   TILLI *v.* COUNTY OF NORTHAMPTON ET AL. C. A. 3d Cir.   Certiorari denied.

No. 6443.   GARDNER *v.* SHEARSON, HAMMILL & Co. C. A. 5th Cir.   Certiorari denied.

No. 6444.   KOSHIOL *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 6449.   ERICKSEN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.